Same case below, 583 F.3d 267.

**No. 09-9005. Yuki LaValley, Petitioner v. California.**

559 U.S. 1073, 130 S. Ct. 2100, 176 L. Ed. 2d 732, 2010 U.S. LEXIS 3329.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 09-9009. John E. Winfield, Petitioner v. Don Roper, Superintendent, Potosi Correctional Center.**

559 U.S. 1073, 130 S. Ct. 2100, 176 L. Ed. 2d 732, 2010 U.S. LEXIS 3419.

April 19, 2010. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 292 S.W.3d 909.

**No. 09-9020. Domingo Vega, Petitioner v. Catherine C. McVey, et al.**

559 U.S. 1073, 130 S. Ct. 2100, 176 L. Ed. 2d 732, 2010 U.S. LEXIS 3275.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9022. Chad Everett Johnston, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1073, 130 S. Ct. 2101, 176 L. Ed. 2d 732, 2010 U.S. LEXIS 3321.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9023. Darnell Lloyd, Petitioner v. Pennsylvania.**

559 U.S. 1073, 130 S. Ct. 2101, 176 L. Ed. 2d 732, 2010 U.S. LEXIS 3320.

April 19, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 929 A.2d 242.

**No. 09-9026. David Miller, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1073, 130 S. Ct. 2101, 176 L. Ed. 2d 732, 2010 U.S. LEXIS 3400,

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9028. James Lee Crummel, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al.**

559 U.S. 1073, 130 S. Ct. 2101, 176 L. Ed. 2d 732, 2010 U.S. LEXIS 3445.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 348 Fed. Appx. 219.